# STATE OF OREGON,
*Respondent,*

*v.*

# JORGE ARCADIO CORONADO,
*Appellant.*

(91C-20837; CA A71619)

838 P2d 641

Helen L. Cooper, Salem, filed the brief and argued the cause for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and James H. Juliussen, Certified Law Student, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant pled guilty to three counts of delivery of a controlled substance. ORS 475.992. His criminal history and the crime seriousness placed him in grid block 4-G, which carries a presumptive probation sentence. The sentencing court imposed a dispositional and upward departure of 12 months on count I, 4 months on count II and 4 months on count III, all to run consecutively. Defendant appeals, contending that the court failed to find substantial and compelling reasons to support the departure. We remand for resentencing.

In *State v. Wilson*, 111 Or App 147, 151, 826 P2d 1010 (1992), we held:

"[W]e review the explanation of why the circumstances are so exceptional that imposition of the presumptive sentence would not accomplish the purposes of the guidelines. If the explanation does not demonstrate that, we must remand for resentencing. ORS 138.222(5)."

We review only the sentencing court's factual basis and reasons for the departure, not the decision *whether* to depart. Here, the sentencing court simply acknowledged that it had listened to the arguments from both sides and then adopted the state's recommendation. We are not able to review the court's reasons for departure on this record. OAR 253-08-001.

Convictions affirmed; remanded for resentencing.